## STATE ex YEAZELL v GARVIN

Ohio Appeals, 2nd Dist, Clark Co

No 354.   Decided June 1, 1938

Aaron J. Halloran, Springfield, for relator.
H. W. Snodgrass, Asst. City Solicitor, Springfield, for respondent.

### OPINION

**By THE COURT**

The above entitled cause presents the identical questions as are presented in case Nc. 353, and the motion to dismiss the appeal will be sustained on the ground that the action is one in mandamus and not appealable.    We make reference to case No. 353 for full opinion.

BARNES, PJ, HORNBECK and GEIGER, JJ, concur.